IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Spencer, Jurlene

Printed: 4/1/08

Case Number: 06 B 00720
Judge: Wedoff, Eugene R
Filed: 1/27/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 14, 2008
Confirmed: April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,750.00 |  |
| Secured: |  | 12,087.25 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 662.75 |
| Other Funds: |  | 0.00 |
| Totals: | 12,750.00 | 12,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 2. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 3. | Mortgage Clearing Corp | Secured | 27,893.34 | 12,087.25 |
| 4. | Premier Bankcard | Unsecured | 323.90 | 0.00 |
| 5. | RJM Acquisitions LLC | Unsecured | 60.25 | 0.00 |
| 6. | Capital One | Unsecured | 1,002.71 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 2,244.19 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,524.39 | $ 12,087.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 29.10 |
| 5% | 52.63 |
| 4.8% | 176.47 |
| 5.4% | 404.55 |
|  | $ 662.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Spencer, Jurlene | Case Number: 06 B 00720 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/1/08 | Filed: 1/27/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____